

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2017

No. 04-16-00806-CR

Roger **SALDANA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 15-08-00031-CRF
Honorable Russell Wilson, Judge Presiding

## O R D E R

Appellant's brief was originally due on May 22, 2017. Appellant's appointed counsel, Mr. Nohl Bryant, has been granted two previous extensions, the latest until July 21, 2017. On July 12, 2017, Mr. Bryant filed his third request for an extension.

The motion is GRANTED, and Mr. Bryant is hereby ORDERED to file appellant's brief no later than August 21, 2017. **NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXTENTUATING CIRCUMSTANCES.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk